433 A.2d 116

Commonwealth, Appellant, v. McCall, L.

Argued June 11, 1980.
Charles A. Fisher, Assistant District Attorney, for Commonwealth, appellant; A. Benjamin Johnson, for appellee.

Before BROSKY, WATKINS and CIRILLO, JJ.*

Order affirmed on the lower court opinion.

BROSKY, J., filed a memorandum concurring and dissenting opinion.

433 A.2d 117

Commonwealth v. Riley, Jr., Appellant.

Submitted March 12, 1979. Robert B. Evanick, Public Defender, for appellant; Michael K. Worrall, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.